

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 2, 2021**

_____
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JEFFREY DALE SPRINGMAN, | § | CASE NO. 21-50015-RLJ-13 |
| | § | |
| DEBTOR. | § | |

## ORDER

On February 1, 2021, the debtor, Jeffery Dale Springman, filed this bankruptcy case. On November 18, 2020, the Court dismissed Mr. Springman's prior bankruptcy case, Case No. 20-50210, with prejudice to refiling for 180 days. The current bankruptcy case was filed in violation of that order. It is, therefore,

ORDERED that this case is dismissed; it is further

ORDERED that Mr. Springman is barred from refiling for two years from the date of entry of this order; and it is further

ORDERED that the Clerk of the Court is directed to reject any bankruptcy filing by Mr. Springman during the time covered by this order.

### END OF ORDER ###